# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2647 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File No. C1-18-454 |
| | : | |
| v. | : | Attorney Registration No. 205029 |
| | : | |
| ASHER BROOKS CHANCEY, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2019, the Joint Petition for Temporary Suspension is granted, Asher Brooks Chancey is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).